CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 3 1 2007

JOHN F. CORCORAN, CLERK
BY:
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WALTER DAY, <br><br> Plaintiff, <br><br> vs. <br><br> EX-CELL-O MACHINE TOOLS, INC., et al., <br><br> Defendants. | Civil Action No. 7:06CV00616 <br><br> **ORDER OF DISMISSAL** <br><br> By: Hon. Glen E. Conrad <br> United States District Judge |

Inasmuch as the court has been advised that this case has settled at mediation, and pursuant to Paragraph 5 of the Scheduling Order entered in this case, it is accordingly,

ORDERED

that this action shall be, and it is hereby, dismissed with prejudice, and stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 31st day of July, 2007.

*/s/ Glen E. Conrad*
United States District Judge